UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23102-RAR

**J.F.**, *individually and on
behalf of all others similarly situated,*

      Plaintiff,

v.

**ZURI PLASTIC SURGERY, LLC**,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, [ECF No. 43], filed on February 19, 2024.  The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice* against Defendant Zuri Plastic Surgery LLC, with each party to bear their own fees and costs.  Any pending motions are **DENIED as MOOT**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**